IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANLEY IGA FOODLINER, INC.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-423-wmc

UNITED STATS OF AMERICA,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice and without costs.

Peter Oppeneer, Clerk of Court

Date